No. 3912.—PUEBLO, apldo., v. LÓPEZ ET AL., apltes.—C. D. San Juan. Feb. 19, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Radicado el récord de este caso el 18 de junio, 1929, el apelante obtuvo primeramente 3 prórrogas de un mes cada una para presentar alegato, un nuevo término por haber vencido la última sin radicarlo y finalmente obtuvo dos prórrogas, la última con carácter de final y vencedora en enero 15,.

1930. En enero 23, 1930, el fiscal pidió la desestimación por falta de alegato que al fin radicóse antes de la vista de la moción. El tribunal, al final de la resolución se expresa así:

" .... Por cuanto, las razones alegadas para excusar el retraso del apelante, no pueden tenerse como satisfactorias, ya que no puede serlo el hecho de que la máquina de escribir se descompuso; y en cuanto a la gravedad de la pena impuesta no sería suficiente por sí sola,

Por tanto, se desestima la apelación en este caso."